O

1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IVAN RENE MOORE, | ) | Case No. CV 12-3140-ODW (OP) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| HONORABLE RICHARD FRUIN, | ) | |
| | ) | |
| Respondent. | ) | |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Plaintiff, de novo.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1   IT IS ORDERED that Judgment be entered: (1) accepting this Report and
2   Recommendation; (2) granting Defendant's Motion to Dismiss the Complaint in its
3   entirety; and (3) directing the Judgment be entered dismissing the Complaint without
4   leave to amend and with prejudice.

7   DATED: April 30, 2013

    HONORABLE OTIS D. WRIGHT, II.
    United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge